UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. _____

LOURDES VINAS,               )
                             )
    Plaintiff,               )
                             )
                             )
                             )
vs.                          )
                             )
ANSA McAL (U.S.) INC.,       )
a Florida profit corporation,)
                             )
    Defendant.               )
_____)

## DEFENDANT'S NOTICE OF REMOVAL

Defendant ANSA McAL (U.S.) INC., through its counsel, Duane Morris LLP, files this Notice of Removal from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to this Court for the proceeding styled as *Lourdes Vinas v. ANSA McAl (U.S.) Inc.*, and assigned Case No. 2020-000124-CA-01, in accordance with 28 U.S.C. § 1441, on the following grounds:

1.  The removing party is the Defendant in the above-styled action.

2.  On January 3, 2020, Plaintiff filed this action in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. Plaintiff served a copy of the Summons and Complaint on Defendant on January 13, 2020. Copies of the docket and all filings in the state court action are attached to this Notice of Removal as **Composite Exhibit A**.

3.  Three of the Counts in Plaintiff's nine-count Complaint arise under laws of the United States. Specifically, Count I alleges violations of the Equal Pay Act of 1963 ("EPA"), 29

U.S.C. § 206, *et seq.*; Count II alleges violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; and Count V alleges violations of the Age Discrimination in Employment Act.

4. This Court would have had original jurisdiction over this lawsuit under 28 U.S.C. § 1331, which provides that: "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5. Removal is therefore proper under 28 U.S.C. § 1441(a), as the case is within the Court's original jurisdiction conferred under 28 U.S.C. § 1331.

6. The state-court action is pending within the jurisdictional confines of this District.

7. Plaintiff asserts six additional Counts (III, IV, VI, VII, VIII, and IX) which arise under the laws of the State of Florida. Specifically, Counts III, IV VI, VII, and VIII arise under the Florida Civil Rights Act, § 760.01, *et seq.* and Count IX is a Breach of Agreement claim. Those Counts do not arise under federal law, but are within the Court's supplemental jurisdiction under 28 U.S.C. § 1367 because they are related to Counts I, II, and V.

8. Thirty days have not yet expired since the action became removable to this Court. Defendant has not filed any pleadings in this matter, or taken any action whatsoever since the cause herein became removable, except to file this Notice of Removal.

9. Defendant does not waive any available defenses.

10. This Notice of Removal is accompanied by the required filing fee of $400.00.

11. Counsel for Defendant hereby certifies that a copy of this Notice of Removal has been filed contemporaneously with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. A copy of the Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

WHEREFORE, Defendant ANSA McAL (U.S.) INC. hereby gives notice that the above-described civil action pending in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, is discontinued and removed to the United States District Court for the Southern District of Florida, where it shall proceed as an action originally commenced therein.

Dated this 3rd day of February, 2020                    Respectfully submitted,

*/s/ Kevin E. Vance*
Kevin E. Vance
Florida Bar No. 0670464
DUANE MORRIS LLP
1875 NW Corporate Boulevard
Suite 300
Boca Raton, Florida 33431-8561
Tel: 561.962.2100
kevance@duanemorris.com
pnmendoza@duanemorris.com
mlchapski@duanemorris.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served by electronic mail and U.S. Mail on this 3rd day of February, 2020, on all counsel or parties of record on the Service List below.

*s/ Kevin E. Vance*
Kevin E. Vance

## SERVICE LIST

**Peter M. Hoogerwoerd, Esq.**
**Nathaly Saavedra, Esq.**
**Daniel J. Bujan, Esq.**
Remer & Georges-Pierre, PLLC
44 West Flagler Street, Suite 2200
Miami, Florida 33130
Tel: 305.416.5000
pmh@rgpattorneys.com
ns@rgpattorneys.com
dbujan@rgpattorneys.com
*Counsel for Plaintiff*

DM2\10961301.1